Entered on Docket
September 21, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
720 South Fourth Street, Suite 202
Las Vegas, Nevada 89101
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RICHARD H LANTZ,
MARIA B LANTZ,

Debtor(s)

Bankruptcy Number:
BK-S-10-11359-MKN
Chapter 13

Date: **September 16, 2010**
Time: **2:30 p.m.**

## ORDER RE DEBTOR'S MOTION FOR APPROVAL TO OBTAIN LOAN MODIFICATION ON RESIDENCE

THIS MATTER having come before the court for a hearing at the time and date above:

/ / /

/ / /

IT IS ORDERED THAT the Debtors' Motion for Approval to Obtain a Loan Modification with WELLS FARGO HOME MORTGAGE for property located at 5109 Chambliss Drive, Las Vegas, NV 89130 is hereby APPROVED.

IT IS FURTHER ORDERED THAT WELLS FARGO HOME MORTGAGE is required to amend their proof of claim, #9-2, removing the claimed arrearage amount of $2,999.71 within ten (10) business of the date of the order granting Debtors' Motion to Obtain a Loan Modification on Residence.

**IT IS SO ORDERED**

DATED this __17th__ day of September, 2010.

Respectfully submitted,

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/TIMOTHY E. RHODA,
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
720 South Fourth Street, Suite 202
Las Vegas, Nevada 89101
(702) 254-7775
*Attorneys for Debtors*

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___The court has waived the requirement of approval under LR 9021(b)(1).

___No party appeared at the hearing or filed an objection to the motion.

___I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form and content of the order.